UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

HONORABLE PAUL L. MALONEY

v.

Case No. 1:10-cr-76

CALVIN PAUL DERIDDER,

    Defendant.
_____/

## ORDER GRANTING ENDS OF JUSTICE CONTINUANCE

Before the Court is the Plaintiff's motion for ends of justice continuance of the final pretrial presently scheduled for June 7, 2010 and trial scheduled for June 15, 2010. The basis of the Plaintiff's motion is that a very recent change in representation of the defendant has hampered plea negotiations and additional time will be necessary for new counsel to review evidence in this case.

The Court finds that the ends of justice served by the granting of a continuance outweighs the best interest of the public and the defendant in a speedy trial.

NOW THEREFORE, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), an ends of justice continuance is hereby entered. The final pretrial conference is rescheduled to **August 2, 2010 at 4:00 p.m.** Jury trial is rescheduled to **August 11, 2010 at 8:45 a.m.**

Dated: May 28, 2010                                             /s/ Paul L. Maloney
                                                                                Paul L. Maloney
                                                                                Chief United States District Judge