UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                              HONORABLE PAUL L. MALONEY

v.

                              Case No. 1:10-cr-76

CALVIN PAUL DERIDDER,

        Defendant.
_____/

## ORDER GRANTING ENDS OF JUSTICE CONTINUANCE

Before the Court is the Defendant's motion for ends of justice continuance of the final pretrial presently scheduled for August 2, 2010 and trial scheduled for August 11, 2010. The basis of the defendant's motion is that additional time is necessary to review the report of an expert who recently examined the computer hard drive and then to engage in further plea negotiations with the government. The defendant may also undergo a sex offender assessment and administration of a polygraph. The government does not oppose the motion.

The Court finds that, for the reasons stated in defendant's motion, the ends of justice served by the granting of a continuance outweighs the best interest of the public and the defendant in a speedy trial.

NOW THEREFORE, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), an ends of justice continuance is hereby entered. The current final pretrial conference and trial dates are cancelled. The Court will conduct a status conference on **August 25, 2010 at 1:30 p.m.** at which time a new trial schedule will be established. As previously stated, the defendant may undergo an assessment and administration of a polygraph, either of which will delay any potential trial date.

Therefore, the Speedy Trial clock is tolled from the date of this order until the new trial date to be determined at the status conference.

Dated: July 28, 2010                                                /s/ Paul L. Maloney
                                                                                    Paul L. Maloney
                                                                                     Chief United States District Judge